Carol Cooper
3417 North Evergreen Street
Chandler, Arizona
Plaintiff
Judiciary Act of 1789 § 35

# district court of the United States[1]
# District of Columbia

Carol Cooper,

Plaintiff,

v.

UNITED STATES OF AMERICA

Respondent.

Case №: 05-1192 RBW

PERFECTED[2] APPLICATION FOR PRELIMINARY INJUNCTION

Plaintiff has alleged that defendant, by and through officers and employees, disregarded numerous provisions of the Internal Revenue Code, and regulations prescribed thereunder.

## LEGAL BASIS FOR PRELIMINARY INJUNCTION

Defendant's agency is required by law to make and preserve records containing adequate and proper documentation of agency activity, as described above, as evidence of that activity.

Defendant's agency is required by law to maintain such records. Unauthorized removal or destruction of such records is a felony.

Defendant's agency is required by law to allow access to, and copying of, such records, by one to whom the records refer. Defendant is without authority to refuse production of records in defendant's possession.

[1] As designated in Title 26, United States Code, § 7433.
[2] I had previously sought a Preliminary Injunction, but failed to include a Certificate of Mailing. This has been corrected.

Defendant has failed to produce such records. By agency action, defendant has demonstrated that it possesses no records supporting the actions complained of herein.

On the basis of the allegations, plaintiff is entitled to injunctive relief beyond reach of 26 U.S.C. §7421, pursuant to LAING v. UNITED STATES, 423 U.S. 161 (1976); ENOCHS v. WILLIAMS PACKING CO., 370 U.S. 1 (1962);

As stated in Enochs, 370 U.S. 1, 8:

> "[I]n general, the Act prohibits suits for injunctions barring the collection of federal taxes *when the collecting officers have made the assessment* and claim that it is valid. Snyder v. Marks, 109 U.S. 189, 194 ." (emphasis added)

As alleged herein, defendants failed to make or record any assessment. This failure renders IRC §7421 inapplicable, as explained in Enochs, 370 U.S. 1, 7:

> The manifest purpose of 7421 (a) is to permit the United States to assess and collect taxes alleged to be due without judicial intervention, and to require that the legal right to the disputed sums be determined in a suit for refund. In this manner the United States is assured of prompt collection of its lawful revenue. 6 *Nevertheless, if it is clear that under no circumstances could the Government ultimately prevail, the central purpose of the Act is inapplicable and, under the Nut Margarine case, the attempted collection may be enjoined if equity jurisdiction otherwise exists. In such a situation the exaction is merely in "the guise of a tax." Id., at 509.* (emphasis added)

Defendant has administratively admitted failure to assess, by failing to produce the record of the assessment. Section 7421(a)'s inapplicability in the instant case is also supported by LAING, 423 U.S. 161, 162:

> "[B]ecause [IRS] failed to comply with these requirements, the taxpayers' suits were not barred by the Anti-Injunction Act. Pp. 169-185."

COLLECTION CALLS

Since the filing of this action, one Sharon Peters, representing herself as a Revenue Officer with the Internal Revenue Service, has repeatedly called me on the telephone in an attempt to "collect" the assessments which defendant has demonstrated do not exist.

When asked, once again, for a copy of the assessment (which, by agency action, is presumed nonexistent), Sharon Peters refused.

When informed of the existence of this action, Sharon Peters said, "I don't care."

Sharon Peters announced her intent to continue harassing me until I do whatever it is she, personally, wants me to do.

Based upon the complaint in the instant action, the United States has repeatedly demonstrated that there is no possibility of rebutting the claims of plaintiff. Plaintiff has already suffered extreme hardship, and defendant's officer has stated agency intent to continue harassment and infliction of hardship without authority.

I ask that the court impose a preliminary injunction, effective until *and unless*, defendant produces to the court the 23C assessments underlying the takings that have, and by Sharon Peters' determination, will continue.

Respectfully entered this 12th day of October, 2005.

Carol Cooper

Copies mailed this 14 day Of October, 2005, to:

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
202 514 7566

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

R: COMPLETE THIS SECTION

…plete items 1, 2, and 3. Also complete …4 if Restricted Delivery is desired. …your name and address on the reverse …at we can return the card to you. …h this card to the back of the mailpiece, …the front if space permits.

Addressed to:

…Attorney
Kenneth Wainstein
…5 4th St NW
…ash DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) [signature] C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Number …er from service label) RA 229 135 818 US

3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Carol Cooper
3417 N Evergreen St
Chandler AZ 85225

Proof of Service
Oct 4, 2005
C Cooper
05-1192 RBW

DER: COMPLETE THIS SECTION

…mplete items 1, 2, and 3. Also complete …m 4 if Restricted Delivery is desired. …nt your name and address on the reverse …that we can return the card to you. …ach this card to the back of the mailpiece, …on the front if space permits.

…icle Addressed to:

Attorney General
… Gonzales
D of J
…50 Pennsylvania Ave NW
…ashington DC 205…

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) [signature] C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

…cle Number …nsfer from service label) RA 229 135 821 US

…rm 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Carol Cooper
3417 N Evergreen St
Chandler AZ 85225

RECEIVED
OCT 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The original Summons sent Sept 9, 2005
Received Oct 4, 2005

[signature]
05-1192 RBW

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 37 |
| Certified Fee | 230 |
| Return Receipt Fee (Endorsement Required) | 260 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 267 |

Postmark Here

Sept 9 05

Sent To: Ken Wainstein
Street, Apt. No.; or PO Box No.: 555 4th ST NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, June 2002 See Reverse for Instructions

7005 1820 0000 6575 4785

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 37 |
| Certified Fee | 230 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 2.67 |

Postmark Here

Sept 9 05

Sent To: Alberto Gonzales
Street, Apt. No.; or PO Box No.: 950 Pennsylvania NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, June 2002 See Reverse for Instructions

7005 1820 0000 6575 4778

...ied Mail Provides:
- ...mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

PS Form 3800, June 2002 (Reverse)

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**

...ertified Mail Provides:
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

PS Form 3800, June 2002 (Reverse)

...portant Reminders:
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

...PORTANT: Save this receipt and present it when making an inquiry. ...ernet access to delivery information is not available on mail ...dressed to APOs and FPOs.




OCT. 14, 2005

To Carol Cooper
CASE no 05-1192 RBW

re Proof of Service.

I am sending previous proof of Service to Attorney General Gonzales + to Attorney Wainstein of Sept 9th + received Oct 4th

This new Perfected Application for Preliminary Injunction sent registered oct 14, 2005

to Attorney General Gonzales
~~# 7005 0390 000 4608 3915~~ (cc)
RB030000826US (cc)

to Attorney Wainstein
~~# 7005 0390 000 4608 3908~~ (cc)
RB030000772US (cc)

Thank You
Carol Cooper