IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-1192 (RBW) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### UNITED STATES' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(3), the United States respectfully requests that the Court dismiss this action. As grounds for this motion, the Government asserts that venue in this Court is improper. Specifically, plaintiff is a resident of Arizona and requests the refund of a federal tax she alleges to be illegally or erroneously collected. (Compl. pp. 1–2, 14.) Under 28 U.S.C. § 1402(a), venue is proper only in the judicial district in which the plaintiff resides. Inasmuch as plaintiff is a resident of Arizona, venue in this Court is lacking.

A supporting memorandum of law and proposed order are filed with this motion.

DATED:     November 1, 2005

                                              Respectfully submitted,

/s/ Jason S. Zarin
JASON S. ZARIN
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-0472

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney
555 4th Street, NW
Washington, DC 20001
Telephone: (202) 514-7566

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion to Dismiss has been made this 1st day of November, 2005, by mailing, postage prepaid, addressed to:

Carol Cooper
3417 North Evergreen Street
Chandler, AZ 85225-7178

/s/ Jason S. Zarin
_____
JASON S. ZARIN