IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROL COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-1192 (RBW) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

<u>ORDER</u>

This matter comes before the Court on the United States' motion to dismiss. Having considered the motion, any opposition, and the entire record of this case, the Court GRANTS the motion. Therefore, the Court ORDERS that this case is DISMISSED.

So ordered this ___ day of _____, 2005.


_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been made this 1st day of November, 2005, by mailing, postage prepaid, addressed to:

>Carol Cooper
>3417 North Evergreen Street
>Chandler, AZ 85225-7178

/s/ Jason S. Zarin
_____
JASON S. ZARIN