To US Dist Court
Proof of Service
Submitted
Cooper
05-1192    11/15

**Registered No.** RA500 887 964 US

Reg. Fee $ 7.50
Handling Charge $
Postage $ .60
Return Receipt $
Restricted Delivery $
Received by: [signature]
Customer Must Declare Full Value $

Date Stamp: MESA AZ 85202-4837 NOV 15 2005

FROM:
Carl Cooper
3417 N Evergreen St
Chandler AZ 85225

TO:
Jason S Zarin
Trial Attorney TA Division
PO Box 227 Ben Franklin
Washington DC 20044

PS Form 3806, Receipt for Registered Mail
June 2002

---

**Registered No.** RA500 887 978 US

Reg. Fee $ 7.50
Postage $ .60

FROM: Carl Cooper, 3417 N Evergreen St, Chandler AZ 85225
TO: US Attorney General, US Dept of Justice, 950 Pennsylvania Ave NW, Washington DC 20530

Date Stamp: MESA AZ NOV 15 2005

---

**Registered No.** RA500 887 955 US

Reg. Fee $ 7.50
Postage $ .60

FROM: Carl Cooper, 3417 N Evergreen St, Chandler AZ 85225
TO: Kenneth Wainstein, US Attorney, 555 4th St NW, Washington DC 20530

Date Stamp: MESA AZ NOV 15 2005

PS Form 3806, Receipt for Registered Mail
June 2002